**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| ROBERT ALM, | CASE NO. 15CV2675-GPC(JMA) |
|---|---|
| Plaintiff, | **ORDER DISMISSING 42 U.S.C. § 1983 COMPLAINT AND DIRECTING CLERK OF COURT TO CONSTRUE THE COMPLAINT AS A PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2255** |
| v. | |
| WARDEN B.R. JETT; UNITED STATES OF AMERICA; U.S. ATTORNEY, | |
| Defendant. | |

On November 17, 2015, Plaintiff, a prisoner proceeding *pro se,* filed a "motion for judgment on pleadings judgment on the pleadings." (Dkt. No. 1.) In liberally construing the Complaint, the Clerk of Court filed the case as a 42 U.S.C. § 1983 civil rights complaint. On the face of the complaint, Plaintiff lists his criminal case number 12cr0920-H, which is a criminal case in this district.

On February 2, 2016, the Court dismissed the action for failing to pay the filing fee required and/or to move to proceed in forma pauperis. (Dkt. No. 2.) On February 3, 2016, Plaintiff filed a document indicating that the Court misconstrued his complaint as a 42 U.S.C. § 1983 and should have been submitted it as a petition for writ of habeas corpus. (Dkt. No. 4.)

It appears that Petitioner is seeking to challenge the sentence imposed by this

Court.[1]  28 U.S.C. § 2255 provides that

> [a] prisoner in custody under sentence of a court established by Act of Congress claiming the right to be released upon the ground that the sentence was imposed in violation of the Constitution or laws of the United States, or that the court was without jurisdiction to impose such sentence, or that the sentence was in excess of the maximum authorized by law, or is otherwise subject to collateral attack, may move the court which imposed the sentence to vacate, set aside or correct the sentence.

28 U.S.C. § 2255(a) (emphasis added).

Accordingly, the Court DISMISSES the complaint in this case and DIRECTS the Clerk of Court to construe his "motion for judgment on the pleadings" as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255.

IT IS SO ORDERED.

DATED:  February 4, 2016

HON. GONZALO P. CURIEL
United States District Judge

---

[1] After a search of the Court's docket, the Court found that Robert Alm was sentenced by this Court in 12cr920-H. On December, 1, 2015, the Court filed Alm's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255, with a nunc pro tunc date of September 14, 2015, which was given case no. 15cv2687-H. It would appear that Alm's "motion for judgment on the pleadings", filed on November 17, 2015, may have been filed in connection with his petition for writ of habeas corpus in case no. 15cv2687-H.